IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          CASE NO. 1:93-cr-01016-MP

ABRA J THOMAS,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 250, Mr. Thomas' Motion for Early Termination of Supervised Release. Under 18 U.S.C. § 3583(e)(1), a Court may terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice. The Court has consulted with probation and has reviewed Defendant's motion and his record on supervision, and determines that early termination is not warranted by defendant's conduct or the interest of justice. Accordingly, it is

**ORDERED AND ADJUDGED:**

Doc. 250, Mr. Thomas' Motion for Early Termination of Supervised Release, is denied.

**DONE AND ORDERED** this _11th_ day of March, 2010

                                          *s/Maurice M. Paul*
                                 Maurice M. Paul, Senior District Judge